# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| JARROD GOODEN, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 1:11-CV-60 (WLS) |
| GREGORY WASHINGTON, *et al.*, | : |
| Defendants. | : |

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed January 10, 2012. (Doc. 33). It is recommended that Plaintiff's Motion for Default Judgment (Doc. 28) be denied. (Doc. 33 at 2).

The Report and Recommendation provided the Parties with fourteen (14) days to file written objections to the recommendations therein. (*Id.* at 3). The period for objections expired on Tuesday, January 24, 2012; no objections have been filed to date. (*See* Docket).

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 33) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Plaintiff's Motion for Default Judgment is **DENIED**.

**SO ORDERED**, this   15th   day of February, 2012.

/s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,**
**UNITED STATES DISTRICT COURT**

1