**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| JARROD GOODEN, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 1:11-CV-60 (WLS) |
| DR. EDWARD AIKENS, | : |
| Defendants. | : |

**ORDER**

Before the Court is a Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed October 24, 2012. (Doc. 50). It is recommended that Defendant's Motion for Summary Judgment (Doc. 35) be granted. (Doc. 50 at 7).

The Report and Recommendation provided the Parties with fourteen (14) days to file written objections to the recommendations therein. (*Id.* at 7). The period for objections expired on Monday, November 12, 2012; no objections have been filed to date. (*See* Docket).

Upon full review and consideration upon the record, the Court finds that said Recommendation (Doc. 50) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Defendant's Motion for Summary Judgment (Doc. 35) is **GRANTED**. As no other Defendants remain in the case, Plaintiff's Complaint is **DISMISSED.**

**SO ORDERED**, this  21st  day of November, 2012.

/s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT**